AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TIMOTHY COOK and LAURA COOK,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

STEPHANIE CONNOR-KENT and
JOHN DOE KENT,

CASE NUMBER: CV-10-3009-JPH

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice. There is no award of attorney fees or costs.


October 22, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Karen White  
*(By) Deputy Clerk*  
Karen White